HAYNES *et al. v.* ROYSTER GUANO COMPANY.

GILBERT, J. Under the facts of this case, the court did not err in direct-· ing a verdict finding the property subject to the fi. fa.

*Judgment affirmed. All the Justices concur.*